UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

=================================

KENNETH R. VALLIERE,

                              Plaintiff,

                                                        ORDER
        v.                                              08-CV-624A

TEAMSTERS LOCAL NO. 264, and
LOCAL 585 FAMILY SECURITY PLAN,

                              Defendants.

=================================

        The above-referenced case was referred to Magistrate Judge Jeremiah J.

McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On July 29, 2009, Magistrate Judge

McCarthy filed a Report and Recommendation, recommending that defendants' motion

to dismiss be denied.

        The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

        ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge McCarthy's Report and Recommendation, defendants'

motion to dismiss is denied.

        The case is referred back to Magistrate Judge McCarthy for further

proceedings.

SO ORDERED.

_s/ Richard J. Arcara_

HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  August 20, 2009